# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2150
_____

JOSEPH D. GILBERTI, PE,

    Appellant,

    v.

JAMES UTHMEIER, Attorney
General, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Leon County.
Jonathan Eric Sjostrom, Judge.


July 2, 2026

PER CURIAM.

    AFFIRMED.

KELSEY, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Joseph D. Gilberti, pro se, Appellant.

James Uthmeier, Attorney General, and Elizabeth Teegen, Chief Assistant Attorney General, Tallahassee, for Appellees.